# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

COLLEEN VINEYARD,

    Plaintiff,

v.                                    CASE NO. 5:08cv231-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation. (Document 14.) No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The plaintiff's motion to dismiss (document 13) is GRANTED. The clerk must enter judgment stating, "This case is DISMISSED without prejudice pursuant to Fed.R.Civ.P. 41(a)(2)." The clerk must close the file.

SO ORDERED on January 21, 2009.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge